UNITED STATES ex rel. Morris ROSENZ-WEIG, by His Next Friend and Attorney, Adrian Bonnelly, Appellant, v. John C. GROOME, Warden Eastern State Penitentiary, and John B. McCandless, Commissioner of Immigration, Appellees.

Circuit Court of Appeals, Third Circuit.
January 21, 1929.

No. 3855.

Adrian Bonnelly, of Philadelphia, Pa., for appellant.

Charles Denby, Jr., of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. We have examined with care the proofs in this case, and find no reason to differ from the conclusion reached by the immigration authorities, as well as by the judge below (memorandum decision). The decree dismissing the writ of habeas corpus is therefore affirmed.

UNITED STATES ex rel. Ida SCHECHTER, Appellant, v. SUPERINTENDENT OF CENTRAL ISLIP STATE HOSPITAL and Benjamin M. Day et al., Appellees.

Circuit Court of Appeals, Second Circuit.
Decided February 18, 1929.

No. 261.

Max J. Kohler and Anthony Romano, both of New York City, for appellant.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellees.

Before MANTON L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

Mary VERES, Plaintiff-Appellee, v. KNICKERBOCKER INSURANCE COMPANY, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
Decided February 18, 1929.

No. 188.

Shipman & Goodwin, of Hartford, Conn. (George H. Day, of Hartford, Conn., of counsel), for appellant.

Greenstein & Schwartz, of Bridgeport, Conn., and Chapnick & Sperandeo, of New Haven, Conn. (Harry Schwartz, of Bridgeport, Conn., and John M. Chapnick, of New Haven, Conn., of counsel), for appellee.

Before MANTON L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

William J. WALKER, Bankrupt, Appellant, v. John FAULKNER, Ashton File and Thomas H. Wickham, Appellees.

Circuit Court of Appeals, Fourth Circuit.
January 15, 1929.

No. 2838.

W. W. Goldsmith, of Beckley, W. Va., for appellant.

W. E. R. Byrne, of Charleston, W. Va., for appellees.

PER CURIAM. Cause docketed and dismissed under section 2 of rule 16. Order filed.